IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDREW TYRONE JAMES,** | * |
| Petitioner, | * |
| | * CIVIL ACTION NO. 10-00412-WS-B |
| vs. | * CRIMINAL NO. 09-00018-WS |
| **UNITED STATES OF AMERICA,** | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Docs. 61, 65) be **DENIED** and that Petitioner is not entitled to issuance of a Certificate of Appealability.

**DONE** this **4th** day of **October, 2013.**

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**